In the Matter of FREDERICK C. GILLESPIE, Petitioner, against COMPTROLLER OF THE STATE OF NEW YORK, Respondent.—

Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.